■ MAMADOU SYLLA, Appellant, v 90-100 TRINITY OWNER LLC et al., Respondents, et al., Defendant. [22 NYS3d 837]—Appeal from order, Supreme Court, New York County (Kathryn Freed, J.), entered March 26, 2014, which granted defendants

90-100 Trinity Owner LLC and The Chetrit Group LLC's motion for summary judgment dismissing the complaint as against them, unanimously dismissed, without costs.

Since the order appealed from was entered upon a written stipulation, signed by counsel and so ordered by the court (*see* CPLR 2104), plaintiff is not aggrieved by it (*see* CPLR 5511).

In any event, if were we to reach the merits, we would find that summary judgment as to these defendants was appropriate. Concur—Mazzarelli, J.P., Friedman, Gische and Kapnick, JJ.